AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br>Baraka Janvier<br><br>*Defendant(s)* | Case No.<br>24-mj- 83-01-TSM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 16, 2024  in the county of  Hillsborough  in the
_____ District of  New Hampshire , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2114(a) | Robbery of Property of the United States |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ Stephen Riggins
*Complainant's signature*

Stephen Riggins, US Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with Fed. R. Crim. P. 4.1 by telephonic conference.
~~Sworn to before me and signed in my presence.~~

Date: 04/22/2024

*Judge's signature*

City and state:  Concord, New Hampshire       Hon. Talesha Saint-Marc, U.S. Magistrate Judge
*Printed name and title*